JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RODRIGUEZ<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. DOES 1 through10, inclusive; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01731-KJD-EJY<br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

WHEREAS, the parties and their counsel of record have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SUSAN RODRIGUEZ, by and through her attorney of record, Brian K. Harris, Esq., of the law firm HARRIS & HARRIS, and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. Plaintiff SUSAN RODRIGUEZ'S claims herein against all Defendants including, but not limited to, SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

CLAC 7000838.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 22nd day of July, 2022.

| HARRIS & HARRIS | COOPER LEVENSON, P.A |
|---|---|
| /s/ Brian K. Harris<br>BRIAN K. HARRIS, ESQ.<br>Nevada Bar No. 007737<br>1645 Village Center Circle, Suite 60<br>Las Vegas, NV 89134<br>(702) 880-4529<br>Attorneys for Plaintiff<br>SUSAN RODRIGUEZ | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

DATED this 25th day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

CLAC 7000838.1

2